ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| J.E. Dunn Construction Company ) | ASBCA No. 58629 |
| ) | |
| Under Contract No. W9128F-10-C-0074 ) | |

APPEARANCES FOR THE APPELLANT:    Edward H. Tricker, Esq.
Brian S. Koerwitz, Esq.
  Woods & Aitken LLP
  Lincoln, NE

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
James M. Pakiz, Esq.
  Assistant District Counsel
  U.S. Army Engineer District, Omaha

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 6 October 2014

ELIZABETH A. TUNKS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58629, Appeal of J.E. Dunn Construction Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals